UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00203-RJC-DCK

| KASEEM PENNINGTON, | ) |
| KASEEM PENNINGTON, LLC, and | ) |
| THE KASEEM PENNINGTON | ) |
| TRUST, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| | ) |
| TRUSTEE SERVICES OF | ) |
| CAROLINA, LLC, NEW PENN | ) |
| FINANCIAL, LLC, | ) |
| SHARI KUSHNER, | ) |
| SHELLPOINT MORTGAGE | ) |
| SERVICING, BROCK AND SCOTT, | ) |
| PLLC, and AARON B. ANDERSON, | ) |
| | ) |
| Defendant(s). | ) |

**THIS MATTER** comes before the Court sua sponte. In its last Order, the Court granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis and denied Plaintiff's Motion for Preliminary Injunction. (Doc. No. 6). The Court also noted that certain pages of Plaintiff's complaint were missing, rendering the Court "unable to determine the full nature of the claims raised or whether it has subject matter jurisdiction over this action." (Id. at 2). The Court directed Plaintiff to file an amended complaint to include the missing pages. "Failure to file an amended complaint *shall result in dismissal of this action without further notice.*" (Id.)

1

(emphasis added). Ten days have passed, and Plaintiff failed to file an amended complaint. **IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Pro Se Complaint, (Doc. No. 1), is **DISMISSED without prejudice**; and

2. The Clerk of Court is directed to close this case.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge